UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-00941 |
| JAYNE N. KORNAFEL | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING JANUARY 13, 2014 ORIGINAL PLAN

IT IS HEREBY ORDERED:

1. Provision 1 in Section G of the January 13, 2014 Original Chapter 13 Plan (Docket Entry 2) is modified to read as follows:

"Debtor is surrendering the real property located 3846 N. Newcastle Avenue, Chicago, Illinois to Wells Fargo Bank, N.A. in full satisfaction of its secured claim."

Enter:

Dated: 24 MAR 2014

United States Bankruptcy Judge

**Prepared by:**
Mohammed Badwan ARDC #6299011
Counsel for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181

Rev: 20130103_bko