# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Jayne N. Kornafel | ) | Chapter 13 |
| | ) | Case No. 14 B 00941 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Jayne N. Kornafel
3846 N. Newcastle
Chicago, IL  60634

Debtor Attorney: Sulaiman Law Group Ltd
via Clerk's ECF noticing procedures

On November 05, 2015 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, October 28, 2015.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On January 13, 2014, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on March 24, 2014, for a term of 16 months with payments of $95.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 21 | $1,995.00 | $1,710.00 | $285.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 10/27/2015
Due Each Month: $95.00
Next Pymt Due: 11/12/2015

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 08/11/2014 | 32808002 | $95.00 | 09/15/2014 | 32808070 | $95.00 |
| 10/16/2014 | 579992 | $95.00 | 11/12/2014 | 330370 | $95.00 |
| 12/12/2014 | 583434 | $95.00 | 01/12/2015 | 585011 | $95.00 |
| 02/10/2015 | 586845 | $95.00 | 03/11/2015 | 334162 | $95.00 |
| 04/07/2015 | 335150 | $95.00 | 05/08/2015 | 336061 | $95.00 |
| 06/11/2015 | 336950 | $95.00 | 07/09/2015 | 337831 | $95.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE